1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            ***E-FILED - 8/9/07***

| | |
|---|---|
| JENNY WOLFES, | CASE NO. C07-00696 |
| Plaintiff, | |
| | [Assigned to the Honorable Ronald M. Whyte - Courtroom 6] |
| vs. | |
| BURLINGTON INSURANCE COMPANY AND DOES 1 TO 25, Inclusive, | [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES AND DATES FOR A PERIOD OF 60-DAYS |
| Defendants. | |

//
//
//
//

-1-

[PROPOSED] ORDER

Through their respective counsel of record, and by way of the concurrently filed Stipulation, Defendant The Burlington Insurance Company and Plaintiff Jenny Wolfes have agreed that:

1.  The deadline to exchange Initial Expert Disclosures shall be continued from August 17, 2007 to October 17, 2007;
2.  The deadline to exchange Supplemental or Rebuttal Expert Disclosures shall be continued from August 31, 2007 to October 31, 2007;
3.  The deadline to complete depositions shall be continued from September 10, 2007 to December 10, 2007;
4.  The Motion Hearing Cut-off and Second Case Management Conference date shall be continued from October 26, 2007 to ~~December 28, 2007~~ *January 11, 2008.*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The matters set forth in paragraph Nos. 1 through 4 of the Stipulation to Continue Pre-Trial Deadlines and Dates for a Period of 60-Days is hereby granted.

DATED: 8/9/07

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE