AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

*E-FILED - 10/11/07*

Northern District of California

| Jenny Wolfes | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Burlington Insurance Company | CASE NUMBER: C07-00696 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Jenny Wolfes__ substitutes
(Party (s) Name)

__Gerald A. Emanuel__, State Bar No. __61049__ as counsel of record in
(Name of New Attorney)

place of __David Kraft, State Bar No. 83533__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Hinkle, Jachimowicz, Pointer & Emanuel |
| Address: | 2007 West Hedding Street, Suite 100 |
| Telephone: | (408) 246-5500     Facsimile (408) 246-1051 |
| E-Mail (Optional): | gemanuel@hinklelaw.com |

I consent to the above substitution.
Date: 9/10/07
(Signature of Party (s))

I consent to being substituted.
Date: 9/7/2007
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/7/2007
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/11/07
Ronald M. Whyte
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]