*E-FILED - 10/30/07*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JENNY WOLFES,

Plaintiff,

vs.

BURLINGTON INSURANCE COMPANY AND DOES 1 TO 25, Inclusive,

Defendants.

CASE NO. C07-00696 - RMW

[Assigned to the Honorable Ronald M. Whyte - Courtroom 6]

**XXXXXXXXXXXXXXXXX ORDER TO CONTINUE PRE-TRIAL DEADLINES AND DATES FOR A PERIOD OF 90-DAYS**

//

//

//

//

Through their respective counsel of record, and by way of the concurrently filed Stipulation, Defendant The Burlington Insurance Company and Plaintiff Jenny Wolfes have agreed that:

1. The deadline to exchange Initial Expert Disclosures shall be continued from October 17 to January 25, 2008;
2. The deadline to exchange Supplemental or Rebuttal Expert Disclosures shall be continued from October 31, 2007 to January 29, 2008;
3. The deadline to complete depositions shall be continued from December 10, 2007 to March 10, 2008;
4. The Motion Hearing Cut-off and Second Case Management Conference date shall be continued from December 28, 2008 to March 28, 2008.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The matters set forth in paragraph Nos. 1 through 4 of the Stipulation to Continue Pre-Trial Deadlines and Dates for a Period of 90-Days is hereby granted.

DATED: 10/30/07

Ronald M. Whyte
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

***PROOF OF SERVICE***
***Jenny Wolfes v. Burlington Insurance Company***
***USDC, Northern District Case No.C07 00696***

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

On October 24, 2007, I served the foregoing document described as: **[PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES AND DATES FOR A PERIOD OF 90-DAYS** on all parties as indicated below:

Gerald Emanuel
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

[X] by placing the true copies thereof enclosed in sealed envelopes addressed as stated above.

[X] **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ] BY FACSIMILE I sent such document from facsimile machine (213) 596-8039 on October 24, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 596-8039 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed on the attached service list.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 24, 2007,** at Los Angeles, California

Patricia De La Cruz