| | |
|---|---|
| 1 | **HINKLE, JACHIMOWICZ, POINTER & EMANUEL**<br>GERALD A. EMANUEL, Bar#61049 |
| 2 | 2007 West Hedding Street, Suite 100<br>San Jose, CA 95128 |
| 3 | Telephone: (408) 246-5500<br>Facsimile: (408) 246-1051 |
| 4 | E-mail: gemanuel@hinklelaw.com |
| 5 | Attorneys for Plaintiff<br>JENNY WOLFES |
| 6 | |
| 7 | **WESTON & McELVAIN LLP**<br>RICHARD C. WESTON, Bar #126491<br>AARON C AGNESS, Bar #221943 |
| 8 | 888 West Sixth Street, 15th Floor<br>Los Angeles, California 90017 |
| 9 | Telephone: (213) 596-8000<br>Facsimile: (213) 596-8039 |
| 10 | E-mail: rweston@wmattorneys.com<br>aagness@wmattorneys.com |
| 11 | |
| 12 | Attorneys for Defendant<br>THE BURLINGTON INSURANCE COMPANY       *E-FILED - 1/14/08* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JENNY WOLFES, | ) | CASE NOS. C07 00696 RMW |
| | ) | C07 04657 RMW |
| Plaintiffs, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND RE-NOTICE HEARINGS** |
| vs. | ) | |
| | ) | |
| BURLINGTON INSURANCE COMPANY AND DOES 1 to 25, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Whereas, settlement negotiations are continuing in the above-captioned actions and the parties have agreed to private mediation to take place in late January or early February of 2008. The pending mediation will involve all parties to underlying state court actions as well as the above-captioned actions. The parties have agreed to Hon. V. Gene McDonald (Ret.) of JAMS as mediator.

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND RE-NOTICE HEARINGS

| 1 | Whereas, on or about January 7, 2008, the higher-numbered of the two
| 2 | above-captioned actions, Case No. C07 04654, was reassigned to Hon. Ronald M.
| 3 | Whyte of this Court. At the time of reassignment, defendant The Burlington
| 4 | Insurance Company ("Burlington") had two motions set to be heard on January
| 5 | 28, 2008. In accordance with Civil Local Rule 3-12(g), all motion hearings
| 6 | pending in that case were vacated and must be re-noticed by the moving party.

Whereas, Plaintiff Jenny Wolfes ("Wolfes") currently has a Motion for Partial Summary Judgment pending in Case No. C07 00696 RMW, which is set to be heard on February 8, 2008.

Whereas, Burlington and Wolfes agree that there is a better likelihood of resolving these matters if the attention is focused on the impending mediation(s) rather than further discovery and motion work.

Whereas, Burlington and Wolfes agree that in order to conserve both the parties' and Court's respective time and resources, it is beneficial to have the aforementioned motions heard on the same date.

Therefore, through their respective counsel of record, the parties hereby stipulate to the following:

1. Burlington's Motion to Dismiss filed in Case No. C07 04657 and previously set to be heard on January 28, 2008, which was vacated on or about January 7, 2008 when the case was reassigned to Judge Whyte, shall be re-noticed for hearing on March 14, 2008 at 9am in Courtroom 6.
2. Burlington's Motion to Strike filed in Case No. C07 04657 and previously set to be heard on January 28, 2008, which was vacated on or about January 7, 2008 when the case was reassigned to Judge Whyte, shall be re-noticed for hearing on March 14, 2008 at 9am in Courtroom 6.

///
///
///

STIPULATION AND [RROPOSED] ORDER TO CONTINUE AND RE-NOTICE HEARINGS

3. Wolfes' Motion for Partial Summary Judgment filed in Case No. C07 00696 RMW that is currently set to be heard on February 8, 2008 shall be continued to March 14, 2008 at 9am in Courtroom 6.

**IT SO STIPULATED.**

Dated: January 11, 2008      HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: _____
Gerald A. Emanuel
Attorneys for Plaintiff
JENNY WOLFES

Dated: January 11, 2008      WESTON & McELVAIN LLP

By: _____
Aaron C. Agness
Attorneys for Defendant
THE BURLINGTON INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The matters set forth in paragraph Nos. 1 through 3 of the Stipulation to Continue and Re-Notice Hearings are hereby granted. Counsel shall resubmit a Chambers Copy of the pending motions in case no.: C-07-04657.

Dated: January 14, 2008      By: _____
Hon. Ronald M. Whyte
U.S. District Court Judge