**HINKLE, JACHIMOWICZ, POINTER & EMANUEL**
GERALD A. EMANUEL, Bar #61049
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone:  (408) 246-5500
Facsimile:  (408) 246-1051
E-mail:        gemanuel@hinklelaw.com

Attorneys for Plaintiff
JENNY WOLFES

**WESTON & McELVAIN LLP**
RICHARD C. WESTON, Bar #126491
AARON C AGNESS, Bar #221943
888 West Sixth Street, 15th Floor
Los Angeles, California 90017
Telephone:  (213) 596-8000
Facsimile:  (213) 596-8039
E-mail:        rweston@wmattorneys.com
                  aagness@wmattorneys.com

Attorneys for Defendant
THE BURLINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNY WOLFES, | CASE NOS.   C07 00696 RMW |
| | C07 04657 RMW |
| Plaintiffs, | |
| | **STIPULATION AND [XXXXXXXXXX]** |
| vs. | **ORDER REGARDING BRIEFING** |
| | **SCHEDULE FOR BURLINGTON'S** |
| BURLINGTON INSURANCE | **CURRENTLY PENDING MOTION** |
| COMPANY AND DOES 1 to 25, | **FOR SUMMARY JUDGMENT OR** |
| Inclusive, | **IN THE ALTERNATIVE, FOR** |
| | **PARTIAL SUMMARY JUDGMENT** |
| Defendants. | |

Whereas, on June 6, 2008, at a Further Case Management Conference, the

parties and Court set a hearing date of August 15, 2008 for Burlington's Motion

for Summary Judgment or in the alternative, for Partial Summary Judgment.

Whereas, on July 11, 2008, Burlington timely and properly filed its Motion

-1-

1    for Summary Judgment or in the alternative, for Partial Summary Judgment.

2        Whereas, any opposition thereto was due on July 25, 2008.

3        Whereas, Plaintiff filed an opposition on July 29, 2008 at approximately

4    10pm, which Burlington first viewed on July 30, 2008.

5        Whereas, Burlington intends to file a reply brief. The deadline to file a

6    reply brief is currently August 1, 2008.

7        Whereas, the parties agree that Burlington should have additional time to

8    file a reply brief. The parties agree that Burlington should have the same amount

9    of time that would have been provided had the opposition been timely filed.

10       Therefore, through their respective counsel of record, the parties hereby

11    stipulate to the following:

12       1. The deadline for Burlington's reply brief, and any and all accompanying

13           documents in support of its Motion for Summary Judgment or in the

14           alternative, for Partial Summary Judgment, is extended from August 1,

15           2008 to August 6, 2008.

16

17    **IT SO STIPULATED.**

18    Dated: July 30, 2008                 HINKLE, JACHIMOWICZ, POINTER &

19                                   EMANUEL
                                          For

20

21                                 By: _____
                                    Gerald A. Emanuel

22                                     Attorneys for Plaintiff
                                    JENNY WOLFES

23

24    Dated: July 30, 2008                 WESTON & McELVAIN LLP

25

26                                 By: _____
                                    Aaron C. Agness

27                                     Attorneys for Defendant
                                    THE BURLINGTON INSURANCE

28                                     COMPANY

-2-

STIPULATION AND [XXXXXXXXX] ORDER REGARDING BRIEFING SCHEDULE FOR
BURLINGTON'S CURRENTLY PENDING MOTION FOR SUMMARY JUDGMENT OR
IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

1  for Summary Judgment or in the alternative, for Partial Summary Judgment.

2     Whereas, any opposition thereto was due on July 25, 2008.

3     Whereas, Plaintiff filed an opposition on July 29, 2008 at approximately

4  10pm, which Burlington first viewed on July 30, 2008.

5     Whereas, Burlington intends to file a reply brief.  The deadline to file a

6  reply brief is currently August 1, 2008.

7     Whereas, the parties agree that Burlington should have additional time to

8  file a reply brief.  The parties agree that Burlington should have the same amount

9  of time that would have been provided had the opposition been timely filed.

10     Therefore, through their respective counsel of record, the parties hereby

11  stipulate to the following:

12     1. The deadline for Burlington's reply brief, and any and all accompanying

13        documents in support of its Motion for Summary Judgment or in the

14        alternative, for Partial Summary Judgment, is extended from August 1,

15        2008 to August 6, 2008.

16

17  **IT SO STIPULATED**.

18  Dated:   July 30, 2008                    HINKLE, JACHIMOWICZ, POINTER &
19                                            EMANUEL

20

21                                            By:_____
                                                  Gerald A. Emanuel
22                                            Attorneys for Plaintiff
                                              JENNY WOLFES

23

24  Dated: July 31, 2008                      WESTON & McELVAIN LLP

25

26                                            By:_____
                                                  Aaron C. Agness
27                                            Attorneys for Defendant
                                              THE BURLINGTON INSURANCE
28                                            COMPANY

-2-

STIPULATION AND [XXXXXXXXX] ORDER REGARDING BRIEFING SCHEDULE FOR
BURLINGTON'S CURRENTLY PENDING MOTION FOR SUMMARY JUDGMENT OR IN
THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

1   PURSUANT TO STIPULATION, IT IS HEREBY ORDERED,

2   ADJUDGED AND DECREED THAT:

3   The deadline for Burlington's reply brief, and any and all accompanying

4   documents in support of its Motion for Summary Judgment or in the alternative,

5   for Partial Summary Judgment, is extended from August 1, 2008 to August 6,

6   2008.

7

8   Dated:  July __31__, 2008          By: *Ronald M. Whyte*

9                                          Hon. Ronald M. Whyte
                                           U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND [xxxxxxxxxx] ORDER REGARDING BRIEFING SCHEDULE FOR
BURLINGTON'S CURRENTLY PENDING MOTION FOR SUMMARY JUDGMENT OR IN
THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT